IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHARON WHITE** : | | **CIVIL ACTION** |
| *Plaintiff* : | | |
| : | | **NO. 20-2928** |
| **v.** : | | |
| : | | |
| **TRAVELERS INSURANCE CO.,** *et al.* : | | |
| *Defendants* : | | |

# ORDER

**AND NOW,** this 7th day of December 2020, upon consideration of Defendant Travelers Insurance Co.'s *motion to dismiss the complaint*, [ECF 8], Plaintiff's response thereto, [ECF 11], and the allegations in the complaint, [ECF 1], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Travelers' motion is **GRANTED**, as follows:

1. Pursuant to the Travelers Policy, Plaintiff's underinsured motorist claim (Count I) is a matter for **ARBITRATION**.

2. Plaintiff's underinsured motorist claim against Travelers (Count I) is **STAYED** pending completion of arbitration proceedings.[1]

3. Plaintiff's claim for bad faith (Count II) is **DISMISSED**.

The parties are directed to inform this Court when the arbitration has been completed or when this matter has been resolved.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] Plaintiff also brought a claim for underinsured motorist benefits against Defendant Main Street America Protection Insurance Co., which is not a party to the arbitration agreement. Accordingly, the claim against Main Street America Protection Insurance Co. is not affected by this order.